UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

**STEVEN CISNEROS,**

        Petitioner,     Case No. CV 12-3147 PA (AJW)

    v.

**DANIEL PARAMO, WARDEN,**     ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

        Respondent.

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

DATED: 12/16/15

_____
Percy Anderson
United States District Judge