UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| **STEVEN CISNEROS,** | ) | Case No. CV 12-3147-PA (AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| **DANIEL PARAMO, Warden,** | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: <u>12/16/15</u>

_____
Percy Anderson
United States District Judge